IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARK D. WATRING,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNTRUST MORTGAGE, INC.,<br><br>    Defendants. | Civil Action<br>File No. 1:15-cv-03738-AT-JCF |

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

1. The undersigned Counsel of Record for SunTrust Mortgage, Inc. certifies that the following is a full and complete list of all parties and/or potentially interested persons in this action:

    A.   Mark D. Watring; and

    B.   SunTrust Mortgage, Inc.

2. The undersigned further certifies that SunTrust Mortgage, Inc. a Virginia corporation, is a wholly-owned subsidiary of SunTrust Bank, a Georgia state chartered bank. SunTrust Bank is a wholly-owned subsidiary of SunTrust Bank Holding Company, a Florida corporation. SunTrust Bank Holding Company is a wholly-owned subsidiary of SunTrust Banks, Inc., a publicly traded holding company, and there are no publicly held corporations owning 10% or more of its stock.

18120N:151039:345030:1:ATLANTA

3. Following is a full and complete list of all other persons, associations or persons, firms, partnerships or corporations (including those related to parties of subsidiaries, conglomerate, affiliate or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:  N/A.

4. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

> A. Mark D. Watring
> 3490 Pierce Arrow Circle
> Suwanee, Georgia 30024
> *Pro Se Plaintiff*
>
> B. Melissa J. Davey, Esq.
> STITES & HARBISON, PLLC
> 303 Peachtree Street, NE
> 2800 SunTrust Plaza
> Atlanta, Georgia 30308
> *Counsel for SunTrust Mortgage, Inc.*

Submitted by Counsel for SunTrust Mortgage, Inc. this 30th day of October, 2015.

|  |  |
|---|---|
|  | */s/Melissa J. Davey* |
| **STITES & HARBISON, PLLC** | Melissa J. Davey |
| 303 Peachtree Street, N.E. | Georgia Bar No. 206310 |
| 2800 SunTrust Plaza | mdavey@stites.com |
| Atlanta, Georgia 30308 | COUNSEL FOR DEFENDANT |
| Telephone:  (404) 739-8800 | SUNTRUST MORTGAGE, INC. |
| Facsimile:  (404) 739-8870 |  |

## CERTIFICATE OF COMPLIANCE

I, Melissa J. Davey, certify that the foregoing **CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT** has been prepared in Times New Roman 14 font and is in compliance with United States District Court, Northern District of Georgia Local Rule 5.1.

This 30th day of October, 2015.

**STITES & HARBISON, PLLC**
303 Peachtree Street, N.E.
2800 SunTrust Plaza
Atlanta, Georgia 30308
Telephone:  (404) 739-8800
Facsimile:  (404) 739-8870

*/s/Melissa J. Davey*
Melissa J. Davey
Georgia Bar No. 206310
mdavey@stites.com
COUNSEL FOR DEFENDANT
SUNTRUST MORTGAGE, INC.

# CERTIFICATE OF SERVICE

I hereby certify that I have this day caused a true and correct copy of the foregoing to be served upon all counsel of record via the Clerk of the Court by using the CM/ECF system and First-Class U.S. Mail:

> Mark D. Watring
> 3490 Pierce Arrow Circle
> Suwanee, Georgia 30024

This 30th day of October, 2015.

| | |
|---|---|
| **STITES & HARBISON, PLLC**<br>303 Peachtree Street, N.E.<br>2800 SunTrust Plaza<br>Atlanta, Georgia 30308<br>Telephone:  (404) 739-8800<br>Facsimile:   (404) 739-8870 | */s/Melissa J. Davey*<br>Melissa J. Davey<br>Georgia Bar No. 206310<br>mdavey@stites.com<br>COUNSEL FOR DEFENDANT<br>SUNTRUST MORTGAGE, INC. |